AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>John Cloud<br><br><br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No. 1:26mj2123 |

**FILED**

3:05 pm May 20 2026
**Clerk U.S. District Court
Northern District of Ohio
Cleveland**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 2024 to November 2026_____ in the county of _____Cuyahoga_____ in the _____Northern_____ District of _____Ohio_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Felon in possession of a firearm and/or ammunition |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.



_____
*Complainant's signature*

Thomas Kloock, Task Force Officer, ATF
*Printed name and title*

Sworn to via FaceTime after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: May 20, 2026
_____

City and state: _____Cleveland, Ohio_____

_____
James E. Grimes Jr., United States Magistrate Judge
*Printed name and title*